LORAIN COUNTY BAR ASSOCIATION *v.* ROBINSON.

[Cite as *Lorain Cty. Bar Assn. v. Robinson*, 2025-Ohio-2821.]

(Nos. 2008-1202 and 2024-0169—Submitted August 6, 2025—Decided August 12, 2025.)

ON PETITIONS FOR REINSTATEMENT.

_____

{¶ 1} These causes came on for further consideration upon the filing on January 13, 2025, and January 21, 2025, of petitions for reinstatement by respondent, James Terry Robinson, Attorney Registration No. 0068785. In accordance with Gov.Bar R. V(25)(E), respondent's petitions for reinstatement were referred to the Board of Professional Conduct. The board filed its final report in this court on June 13, 2025, recommending that respondent be reinstated to the practice of law in Ohio. No objections to said final report were filed, and these causes were considered by the court.

{¶ 2} Upon consideration thereof, it is ordered by this court that the petitions for reinstatement of respondent are granted and that respondent, James Terry Robinson, last known address in Elyria, Ohio, is reinstated to the practice of law in Ohio. It is further ordered that respondent is to remain in compliance with his existing Ohio Lawyers Assistance Program contract and any extension thereof.

{¶ 3} It is further ordered by the court that respondent be taxed the costs of these proceedings in the amount of $1,101.00, less the deposit of $1,000.00, for a total balance due of $101.00 payable, by cashier's check or money order, by respondent on or before 90 days from the date of this order. If costs are not paid on or before 90 days from the date of this order, interest at the rate of 10% per annum will accrue until costs are paid in full. It is further ordered that if costs are not paid in full on or before 90 days from the date of this order, the matter may be

referred to the Attorney General for collection and respondent may be found in contempt and suspended until all costs and accrued interest are paid in full. It is further ordered that respondent is liable for all collections costs pursuant to R.C. 131.02 if the debt is certified to the Attorney General for collection.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier cases, see *Lorain Cty. Bar Assn. v. Robinson*, 2009-Ohio-262 and *Lorain Cty. Bar Assn. v. Robinson*, 2024-Ohio-1657.

KENNEDY, C.J., and FISCHER, DEWINE, DETERS, HAWKINS, and SHANAHAN, JJ., concur.

BRUNNER, J., not participating.

————————————